IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Ojeda, Jose | Case Number: 05 B 03159 |
|---|---|---|
| | Ojeda, Judy | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 2/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,227.00 | |
| Secured: | | 4,000.00 |
| Unsecured: | | 1,119.49 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 390.51 |
| Other Funds: | | 307.00 |
| Totals: | 8,227.00 | 8,227.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Wheels Of Chicago | Secured | 4,000.00 | 4,000.00 |
| 3. | Fingerhut Credit Advantage | Unsecured | 23.16 | 25.03 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 323.00 | 348.97 |
| 5. | Peoples Energy Corp | Unsecured | 205.23 | 221.73 |
| 6. | Jefferson Capital | Unsecured | 22.30 | 24.10 |
| 7. | Wheels Of Chicago | Unsecured | 462.45 | 499.66 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | Credit Protection Association | Unsecured | | No Claim Filed |
| 12. | Avco Financial Services Inc | Unsecured | | No Claim Filed |
| 13. | Illinois Masonic Medical Center | Unsecured | | No Claim Filed |
| 14. | Jefferson Capital | Unsecured | | No Claim Filed |
| 15. | Jefferson Capital | Unsecured | | No Claim Filed |
| 16. | St Elizabeth's Hospital | Unsecured | | No Claim Filed |
| 17. | RJM Acquisitions LLC | Unsecured | | No Claim Filed |
| 18. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Norwegian American Hospital | Unsecured | | No Claim Filed |
| 21. | St Mary of Nazareth Hospital | Unsecured | | No Claim Filed |
| 22. | CitiFinancial Auto Credit Inc | Unsecured | | No Claim Filed |
| 23. | Trust Receivable Services | Unsecured | | No Claim Filed |
| 24. | Trust Receivable Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ojeda, Jose<br>Ojeda, Judy<br>Printed: 6/24/08 | Case Number: 05 B 03159<br>Judge: Wedoff, Eugene R<br>Filed: 2/1/05 |

$ 7,446.14        $ 7,529.49

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 35.32 |
| 3% | 19.89 |
| 5.5% | 109.40 |
| 5% | 33.15 |
| 4.8% | 66.09 |
| 5.4% | 126.66 |
| | $ 390.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_